NUMBER
13-05-260-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_____________________________________________________________

 

ERIC G. SMITH AND JEANETTE D. SMITH,                  Appellants,

 

                                           v.

 

PADRE ISLES PROPERTY OWNERS ASSOCIATION,
INC., Appellee.

______________________________________________________________

 

                  On
appeal from the 347th District Court 

                            of
Nueces County, Texas

______________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellants, ERIC G. SMITH AND JEANETTE D. SMITH, attempted
to perfect an appeal from a judgment entered by the 347th
District Court of Nueces County, Texas, in cause number 03-7297-H.  Judgment in this
cause was signed on September 27, 2004.  An untimely motion for new trial was filed on
October 29, 2004.  Pursuant to Tex. R.
App. P. 26.1, appellant=s notice of appeal was
due on October 27, 2004, but was not filed until December
28, 2004.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  Appellants= motion for extension of time to respond to this
Court=s notice was granted,
and the time was extended to May 31, 2005. 
However, to date, no response has been received from appellants.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect their appeal, and appellants= failure to respond to
this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 23rd
day of June, 2005.